IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ERIC WILLIAMS, *on Behalf of Himself and All Others Similarly Situated*, ) ) ) | |
| Plaintiff, ) ) | NO. 3:21-cv-00052 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| ROAD SCHOLAR STAFFING, INC. ) ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In consideration of the additional evidence of damages submitted by the Plaintiffs on their breach of contract claim (Doc. No. 36, Exs. A-E), the Court's July 11, 2022 Order (Doc. No. 33) is **AMENDED** to include the following additional amounts:

| Employee | Additional Amounts Owed Under the Contract |
|---|---|
| Eric Williams | $19,358 |
| Dolores Leger | $831.50 |
| Bobby Williams | $2,673.00 |
| Reginald Carter | $2,158.00 |
| Kevin Altenor | $4,096.25 |

For clarity, Plaintiffs are entitled to the following amounts, plus interest and costs according to law from the date of judgment:

| Employee | Unpaid Minimum Wage | Liquidated Damages | Additional Amounts Owed Under the Contract | Total |
|---|---|---|---|---|
| Eric Williams | $1,860.28 | $1,860.28 | $19,358 | $23,078.56 |
| Dolores Leger | $1,116.50 | $1,116.50 | $831.50 | $3,064.50 |
| Bobby Williams | $1,827.00 | $1,827.00 | $2,673.00 | $6,327.00 |
| Reginald Carter | $2,842.00 | $2,842.00 | $2,158.00 | $7,842.00 |
| Kevin Altenor | $2,842.00 | $2,842.00 | $4,096.25 | $9,780.25 |

This Order shall constitute final judgment for purposes of Federal Rule of Civil Procedure 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE